UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 DEC -3 PM 4: 32
CLERK____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Information No._____ |
| | ) | |
| v. | ) | VIO: O.C.G.A. § 40-6-391(a)(1) |
| | ) | 18 U.S.C. §§ 7 and 13 |
| AMANDA L. MCLELLAN | ) | D.U.I. |
| | ) | |
| | ) | O.C.G.A. § 40-6-253 |
| | ) | 18 U.S.C. §§ 7 and 13 |
| | ) | Open Container |

THE UNITED STATES ATTORNEY CHARGES:

CR419-0199

## COUNT ONE

On or about September 2, 2019, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**AMANDA L. MCLELLAN**

did unlawfully drive and was in actual physical control of a moving vehicle while under the influence of alcohol to the extent that it was less safe for her to drive, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

## COUNT TWO

On or about September 2, 2019, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**AMANDA L. MCLELLAN**

did unlawfully possess an open alcoholic beverage container in the passenger area of a motor vehicle upon the roadway or shoulder of a public highway, in violation of Title 18, United States Code, Sections 7 and 13, and Official Code of Georgia Annotated, Section 40-6-253.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Katelyn Semales*
Katelyn Semales
Special Assistant U.S. Attorney
Massachusetts Bar # 695339